MC00500

AMENDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_HOUSTON_ DIVISION

JANECE TISDEL

versus

THE WITNESS PROTECTION
_____
_____

CIVIL ACTION NO. 4:21mc500

ACTIVITIES MORE THAN ~~DIRTY TRICKS~~
ILLEGAL ~~ACTIONS~~ ORIGINAL COMPLAINT
~~ABUSE OF POWER~~ i.e. BAD ADVICE

\# THIS IS A FEDERAL MATTER
   JAMES TISDEL (BORN JAMES TISDEL
\* MY DAD, ALWAYS TRIES TO HELP ME AND PROTECT ME
   AND AS A CONSEQUENCE OF ~~SHE~~ CRITICIZING THE
   TREMENDOUS DISCRIMINATION WE HAVE ENCOUNTERED
   EVIDENTLY
   HE NEEDED PROTECTION # NO ONE TOLD ME

\* MY DAD WOULD NOT LEAVE ME / ~~HE HAS~~ IS AMONG THE
   AND I HAD NO IDEA UNTIL THE LATTER PART OF
   2018 (ALL I DID WAS MOVE HERE ' HE SHOULD HAVE
   BEEN LIVING WITH ME SINCE DAY ONE

\* HE IS A <u>VETERAN</u>, A <u>PATRIOT</u>, A <u>CITIZEN</u> AND A
   <u>CENTENARIAN</u> WHO HAS ALWAYS TRIED TO SET
   A GOOD EXAMPLE DESPITE <u>OBSTACLES</u> ONLY HINTED, AND
   SOME NOT EVEN MENTIONED)

\*\* I WANT SOMEONE TO BRING MY DAD HOME TO LIVE
   WITH ME FROM NOW ON  HE IS MY HERO AND HAS
   ~~BEEN HURT~~
   ~~SUFFERED~~ BECAUSE OF IT I THINK      Janece Tisdel
   SUFFERED                                5803 HIRONDEL ST
                                           HOUSTON, TEXAS 77033
                                           713 734 7675