**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JANECE TISDEL, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H- 21-00881 |
| THE WITNESS PROTECTION, | § § § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order signed this date, the Government's motion to dismiss for lack of subject matter jurisdiction (Dkt. 23) is GRANTED.  All of plaintiff Janece Tisdel's claims asserted in relation to her claim that the federal Witness Protection Program should take action so that her father can come live with her are DISMISSED for lack of subject matter jurisdiction.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on June 30, 2021.

_____
Gray H. Miller
Senior United States District Judge